# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| | Case Number: 8:98-CR-421-T-27TGW |
| CHRISTOPHER EUGENE THOMAS | USM Number: 38103-018 |
| | Mary Mills AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1 to 6__ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct, Unknowingly Operating Vehicle While Drivers License Suspended | December 2, 2008 |
| 2 | New criminal conduct, Knowingly Driving While License Suspended/Revoked | January 23, 2009 |
| 3 | New criminal conduct, Resisting/Obstructing Officer Without Violence | January 23, 2009 |
| 4 | Positive urinalysis for Cocaine | February 19, 2009 |
| 5 | Positive urinalysis for Cocaine | February 24, 2009 |
| 6 | Failure to notify the probation officer within 72 hours after being arrested or questioned by a law enforcement officer | December 5, 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: March 26, 2009

/s/ JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

DATE: March 27th, 2009

DEFENDANT: CHRISTOPHER EUGENE THOMAS  
CASE NUMBER: 8:98-CR-421-T-27TGW

Judgment - Page __2__ of __2__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: **FOURTEEN (14) MONTHS. The defendant shall be given credit for time served since March 12, 2009.**

__X__ The Court makes the following recommendations to the Bureau of Prisons: The Court recommends the defendant be confined at Coleman FCI.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.   p.m.   on _____.

    ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.


                                       UNITED STATES MARSHAL

                                 By _____  
                                      DEPUTY UNITED STATES MARSHAL